**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 21, 2023**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00313-CV

---

### KIRA M. AND JEAN A. BENNETT, Appellant

### V.

### HOMEOWNERS OF AMERICA INSURANCE COMPANY, Appellee

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 21-CV-0982**

---

### MEMORANDUM  OPINION

This is an appeal from an order signed April 3, 2023. On September 5, 2023, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.